

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

**THE UNKNOWN HEIRS OF TOMASA GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

## O R D E R

The court reporter's record was originally due on November 3, 2014. On November 19, 2014, Julian Alderette, a court reporter, filed a notification of late record stating that the reporter's record was not filed because appellants have not requested a reporter's record. On November 24, 2104, appellants provided written proof that, on September 30, 2014, they had requested the record and paid $1,725.00 as a down-payment to Ms. Gay Richie to begin work on the reporter's record.

Ms. Gay Richie appears to be the reporter responsible for preparing, certifying and timely filing the reporter's record. Ms. Richie is hereby ORDERED to file the reporter's record in this appeal <u>no later than December 23, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court